Leontine Rowan, Appellant, *v.* John Rowan.

Argued Oct. 30, 1896. Appeal, No. 83, Oct. T., 1896, by plaintiff, from order of C. P. No. 3, Allegheny Co., Nov. T., 1895, No. 108, sustaining exceptions to auditor's report. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. CHIEF JUSTICE STERRETT, Jan. 4, 1897 :

This case was argued with F. M. Teufel, to use, against the same defendant, No. 82, Oct. term, 1896, ante, p. 408, in which an opinion has just been filed. In both cases, the facts are substantially the same, and the questions of law are identical. For reasons given in the opinion referred to there is no error in the record.

Decree affirmed and appeal dismissed at appellant's costs.